KAREN L. LOEFFLER
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 Twelfth Avenue, Room 310
Fairbanks, Alaska   99701
(907) 456-0245
(907) 456-0577 (fax)
Email: stephen.cooper@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BRANDON RAY SMITH,<br><br>　　　　　　Defendant.<br>_____ | )　Case No.<br>)　<u>COUNT 1</u>:<br>)　UNLAWFULLY MAKING<br>)　DESTRUCTIVE DEVICE<br>)　　　Vio. of 26 U.S.C. §§ 5861(f) &<br>)　5871<br>)<br>)　<u>COUNT 2</u>:<br>)　UNLAWFUL POSSESSION OF<br>)　UNREGISTERED DESTRUCTIVE<br>)　DEVICE<br>)　　　Vio. of 26 U.S.C. §§ 5861(d) &<br>)　5871 |

I N D I C T M E N T

The Grand Jury charges that:

**COUNT 1**

1.　On or about February 28, 2014, at or near Fairbanks in the District of Alaska, BRANDON RAY SMITH did unlawfully make a destructive device in violation of the provisions of Title 26, United States Code, section

5822 requiring prior application, approval and payment of the applicable tax.

All of which is in violation of Title 26, United States Code, §§ 5861(f) & 5871.

## COUNT 2

2. On or about February 28, 2014, at or near Fairbanks in the District of Alaska, BRANDON RAY SMITH did unlawfully possess a destructive device not registered to him in the National Firearms Registration and Transfer Record.

All of which is in violation of Title 26, United States Code, §§ 5861(d) & 5871.

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Audrey J. Renschen for:
STEPHEN COOPER
Assistant United States Attorney


s/Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America


DATE: 11/18/2015